IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MILLIE V. KISER,

       Plaintiff,

vs.                                CASE NO.: 5:05cv194-SPM/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,

       Defendant.
_____/

## **ORDER**

       This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc.22) dated January 5, 2007. The parties have each been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

       Accordingly, it is hereby ORDERED as follows:

       1.    The magistrate judge's report and recommendation (doc. 22) is ADOPTED and incorporated by reference in this order.

2.	The decision of the Commissioner denying benefits is reversed and this case is remanded to the Administrative Law Judge for further proceedings consistent with the report and recommendation.

3.	The clerk shall enter judgment for Plaintiff and close the case, pursuant to sentence four of 42 U.S.C. § 405(g).

DONE AND ORDERED this 22nd day of February, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge